```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HELD & HINES, LLP,                  :
                                    :
        Plaintiff,                  :    16 Civ. 5273 (JSR)
                                    :
        -v-                         :         ORDER
                                    :
SANDY HUSSAIN,                      :
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On July 31, 2018, the Honorable Sarah Netburn, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending (1) denying the motion of plaintiff Held & Hines, LLP ("H&H") for summary judgment with respect to H&H's breach of conduct claim and dismissing that claim sua sponte, but (2) granting the motion with respect to H&H's claim for quantum meruit damages and conducting a damages hearing to determine the reasonable value of the services H&H provided. Objections to the Report and Recommendation were due on August 14, 2018, but defendant Sandy Hussain received an extension from the Court to submit his objections. By letter dated August 21, 2018 and received by the Court on August 23, 2018, defendant submitted objections to certain portions of the Report and Recommendation. The Court has reviewed the objections and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Netburn's excellent Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court hereby grants in part and denies in part H&H's motion for summary judgment. Specifically, the Court denies the motion for summary judgment with respect to H&H's breach of contract claim and dismisses that claim sua sponte; but grants the motion for summary judgment with respect to H&H's claim for quantum meruit damages, and orders that the parties contact Magistrate Judge Netburn's Chambers to schedule an inquest into the reasonable value of the services H&H provided. The Clerk is instructed to close docket number 105.

SO ORDERED.

Dated: New York, NY

September 4, 2018

JED S. RAKOFF, U.S.D.J.